**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 22-6781**

―――――――――

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RAYMOND EDWARD GILL,

        Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:81-cr-00105-GLR-1)

―――――――――

Submitted:  November 17, 2022               Decided:  November 23, 2022

―――――――――

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Raymond Edward Gill, Appellant Pro Se.  Jason Daniel Medinger, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Gill filed a notice of appeal in the underlying criminal action after filing a self-styled "Motion to Amend Original Writ of Error Coram Nobis" ("Motion to Amend"). The Government has filed a motion to dismiss, asserting, in part, that the district court has not yet ruled on the Motion to Amend. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Review of the district court docket confirms that the Motion to Amend remains pending in the district court. Accordingly, we grant the Government's motion and dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*